UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:07-cv-00303-JCM-VCF |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| XIAO HONG QI, | |
| Defendant. | |

Presently before the court is the government's motion to dismiss the indictment against defendant Xiao Hong Qi. (ECF No. 36).

The government indicates that the defendant has been a fugitive since 2007 and that "the evidence needed to convict the defendant may no longer be available." (*Id.* at 1).

Pursuant to Federal Rule of Criminal Procedure 48(a), this court grants the government leave to dismiss the indictment against this defendant.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's motion (ECF No. 36) be, and the same hereby is, GRANTED.

DATED THIS 4th day of May, 2017.

                                                JAMES C. MAHAN
                                                UNITED STATES DISTRICT JUDGE